IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEITH FEGAN,                          :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 08-0739-KD-M
                                      :
DR. RODRIGUES,                        :
                                      :
    Defendant.                        :

ORDER

    Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 5) is on an outdated form.  Plaintiff's motion is, therefore, **DENIED**.  Plaintiff is **ORDERED** by **February 4, 2009**, to complete and file this Court's current form for a motion to proceed without prepayment of fees.  Failure to comply with this Order within the prescribed time or to notify the Court of a change of address will result in the dismissal of this action for failure to prosecute and to obey the Court's Order.

    The Clerk is **DIRECTED** to send Plaintiff a form for a motion to proceed without prepayment of fees.

    DONE this 5th day of January, 2009.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE