# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KEITH FEGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 08-0739-KD-N |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated August 27, 2010, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the defendant Mobile Police Department is hereby **DISMISSED** from this action because it is not an entity subject to suit and thus any claim against it is frivolous.

**DONE** and **ORDERED** this the **17**th day of **September 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**